☐ Check if this is an
    amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| 1. **Debtor's name** | F.M. Butt Hotels, Corp. |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

3. **Debtor's federal Employer Identification Number (EIN)**

46-4354217

4. **Debtor's address**

**Principal place of business**

911    Brooks Ave.
Number   Street

_____

Rochester    NY    14624
City    State    ZIP Code

Monroe
County

**Mailing address, if different from principal place of business**

_____
Number   Street

_____
P.O. Box

_____
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____

_____
City    State    ZIP Code

5. **Debtor's website (URL)**

_____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Case 2-19-20310-PRW,   Doc 1,   Filed 04/05/19,   Entered 04/05/19 00:07:32,
Description: Main Document , Page 1 of 34

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District __Western__ When __03/18/2019__ Case number __19-20234__
                                             MM / DD / YYYY

           District _____ When _____ Case number _____
                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

           District _____ When _____
                                                  MM / DD / YYYY

           Case number, if known _____

Case 2-19-20310-PRW,   Doc 1,   Filed 04/05/19,   Entered 04/05/19 00:07:32,
Description: Main Document , Page 2 of 34

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____

                          _____
                          City                                State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04   04/2019
              MM / DD / YYYY

✗ Naeem W. Butt                                          Naeem W. Butt
Signature of authorized representative of debtor          Printed name

Title   President

18. **Signature of attorney**

✗ James M Joyce, Esq.                    Date   04   04/2019
Signature of attorney for debtor                MM / DD / YYYY

James M. Joyce, Esq.
Printed name

Firm name
4733        Transit road
Number      Street
Depew                                    NY          14043
City                                     State       ZIP Code

716 656 0600                             jmjoyce@lawyer.com
Contact phone                            Email address

Bar number                               State

**Fill in this information to identify the case:**

Debtor name    F.M. Butt Hotels, Corp.

United States Bankruptcy Court for the:    Western    District of    NY
                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals      12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................    $ 9,000,000

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ......................................................    $ 386,530

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................    $ 9,386,530

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................    $ 6,300,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................    $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................    + $ 92,001

4. **Total liabilities** ........................................................................................    $ 6,392,001
   Lines 2 + 3a + 3b

Case 2:19-20310-PRW   Doc 1   Filed 04/05/19   Entered 04/05/19 00:07:32   Page 1
Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals
Description: Main Document   , Page 5 of 34

Fill in this information to identify the case:

Debtor name    F. M. Butt Hotels Corp.

United States Bankruptcy Court for the: Western      District of   NY
                                                (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

2. **Cash on hand**        $ 2000

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. bank of America | checking | ___ ___ ___ ___ | $ 4000 |
| 3.2. _____ | | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**        $ 6000

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $ _____
   7.2. _____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $_____

8.2. _____  $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  5000 _____  –  hold on charges _____  = ........➔  $ 5000 _____

                       face amount                     doubtful or uncollectible accounts

11b. Over 90 days old:  _____  –  _____  = ........➔  $ _____

                       face amount                     doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 5000 _____

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                      % of ownership:

15.1. _____  _____%  $_____

15.2. _____  _____%  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $_____

16.2. _____  _____  $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                        $_____

**Debtor** F. M. Butt Hotels Corp.

Name

Case number *(if known)* _____

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☐ Yes. Fill in the information below.

**19. Raw materials**

_____ MM / DD / YYYY  $_____ _____ $_____

**20. Work in progress**

_____ MM / DD / YYYY  $_____ _____ $_____

**21. Finished goods, including goods held for resale**

_____ MM / DD / YYYY  $_____ _____ $_____

**22. Other inventory or supplies**

3500 restaurant/bar _____ MM / DD / YYYY  $ 3500   cost   $ 3500

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.   $ 3500

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

**28. Crops—either planted or harvested**

_____  $_____ _____ $_____

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

_____  $_____ _____ $_____

**30. Farm machinery and equipment** (Other than titled motor vehicles)

_____  $_____ _____ $_____

**31. Farm and fishing supplies, chemicals, and feed**

_____  $_____ _____ $_____

**32. Other farming and fishing-related property not already listed in Part 6**

_____  $_____ _____ $_____

Case 2-19-20310-PRW, Doc 1, Filed 04/05/19, Entered 04/05/19 00:07:32, Description: Main Document , Page 8 of 34

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

39. **Office furniture**

    $_____    $_____

40. **Office fixtures**

    372,030

    $_____    current value    $ 372,030

41. **Office equipment, including all computer equipment and communication systems equipment and software**

    $_____    $_____

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____    $_____    _____    $_____
    42.2 _____    $_____    _____    $_____
    42.3 _____    $_____    _____    $_____

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☑ Yes

Debtor    F. M. Butt Hotels Corp.
_____    Case number (if known)_____
      Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____   $_____   _____   $_____

47.2 _____   $_____   _____   $_____

47.3 _____   $_____   _____   $_____

47.4 _____   $_____   _____   $_____

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____   $_____   _____   $_____

48.2 _____   $_____   _____   $_____

**49. Aircraft and accessories**

49.1 _____   $_____   _____   $_____

49.2 _____   $_____   _____   $_____

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____   $_____     $_____

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.     $_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
| --- | --- | --- | --- | --- |
| 55.1 911 Brooks Ave. Rochester | fee | $ 9,000,000 | appraisal | 9,000,000 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 9,000,000

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| | | | |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | $ | | $ |
| **61. Internet domain names and websites** | | $ | | $ |
| **62. Licenses, franchises, and royalties** | | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | $ | | $ |
| **64. Other intangibles, or intellectual property** | | $ | | $ |
| **65. Goodwill** | | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   - ■ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ■ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

71. **Notes receivable**
   Description (include name of obligor)

   _____   _____   = ➔   $_____
   Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____         $_____

   Nature of claim        _____
   Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____         $_____

   Nature of claim        _____
   Amount requested       $_____

76. **Trusts, equitable or future interests in property**

   _____         $_____

77. **Other property of any kind not already listed**  *Examples: Season tickets, country club membership*

   _____         $_____
   _____         $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.         $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.



80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.*     $ 6000

81. **Deposits and prepayments.** *Copy line 9, Part 2.*     $ 0

82. **Accounts receivable.** *Copy line 12, Part 3.*     $ 5000

83. **Investments.** *Copy line 17, Part 4.*     $ 0

84. **Inventory.** *Copy line 23, Part 5.*     $ 3500

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*     $ _____

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.*     $ 372,030

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*     $ 0

88. **Real property.** *Copy line 56, Part 9.* ............................................. ➔     $ 9,000,000

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*     $ 0

90. **All other assets.** *Copy line 78, Part 11.*     + $ 0

91. **Total.** Add lines 80 through 90 for each column. ..................91a.     $ 386530     + 91b.     $ 9,000,000

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................     $ 9,386,530.

Debtor name __F. M. Butt Hotels Corp.__

United States Bankruptcy Court for the: __Western__ District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| Access Point Financial, LLC | 911 Brooks | $ 6,300,000 | $ 9,300,000 |
| | Rochester, NY | | |

**Creditor's mailing address**

1 Ravina Dr
Atlanta, GA 30346

**Describe the lien**
Mortgage; UCC-1

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred __2017__

Last 4 digits of account number _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor, and its relative priority.

cash advance lenders, secondary

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| First Corporate Solutions Inc. | Accounts, etc | $ 1. | $ 1. |

**Creditor's mailing address**

914 S Street
Sacramento, CA 95811

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred

Last 4 digits of account number _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Have you already specified the relative priority?
   - ☐ No. Specify each creditor, including this creditor, and its relative priority.
   - ■ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 6,300,003

| Debtor | F. M. Butt Hotels Corp. | Case number (if known) _____ |
|--------|------------------------|----------------------------------------|
|        | Name                   |                                        |

**2.4 Creditor's name**

Lien Solutions

**Creditor's mailing address**

PO Box 29071
Glendale, CA 91209

**Creditor's email address, if known**

_____

**Date debt was incurred**    2019

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

     ■ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

blanket      $ 1.      $ 1.

_____

**Describe the lien**
Ucc-1

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 Creditor's name**

CSC

**Creditor's mailing address**

901 Adlai Stevenson Dr.
Springfield, IL 62703

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

     ■ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

blanket      $ 1.      $ 1.

_____

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fill in this information to identify the case:

Debtor    F. M. Butt Hotels Corp.

United States Bankruptcy Court for the:   Western    District of   NY
(State)

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 28,400 |

**3.1** Nonpriority creditor's name and mailing address

American Financial Center

14930 Ventura Blvd suite 320

Sherman Oaks, CA 91430

**As of the petition filing date, the claim is:**   $ 28,400
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred   2018
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

World Global Capital LLC

30 Broad Street, suite 14

New York, NY 10004

**As of the petition filing date, the claim is:**   $ 9900
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred   2018
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

On Deck

1400 Broadway, 26th floor

New York, NY 10018

**As of the petition filing date, the claim is:**   $ 31,700
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred   2018
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Rochester Gas & Electric

89 East Ave.

Rochester, NY 14649

**As of the petition filing date, the claim is:**   $ 1.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: service

Date or dates debt was incurred   2019
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Amguard Insurance

PO Box 1368

Willkes-Barre, PA 18703

**As of the petition filing date, the claim is:**   $ 22,000
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: insurance

Date or dates debt was incurred   2018
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Fill in this information to identify the case:

Debtor name: F.M. Butt Hotels, Corp.

United States Bankruptcy Court for the: Western District of NY
(State)

Case number (If known): _____ Chapter ____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.1 | Naeem W. Butt | 911 Brooks Ave.<br>Street<br><br>Rochester   NY   14624<br>City   State   ZIP Code | Access Point | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ▪ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ▪ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ▪ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ▪ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ▪ *Schedule H: Codebtors* (Official Form 206H)
- ▪ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule ____*
- ▪ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/04/2019__
MM / DD / YYYY

✘ __/s/Naeem W. Butt__
Signature of individual signing on behalf of debtor

__Naeem W. Butt__
Printed name

__President__
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **F.M. Butt Hotels, Corp.**

United States Bankruptcy Court for the: **Western**       District of **NY**
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

1. **Gross revenue from business**

   ☐ None

   | | | | | |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to<br>MM / DD / YYYY | Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For prior year: | From 01/01/2018 to<br>MM / DD / YYYY | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,033,000 |
   | For the year before that: | From 05/17/2017 to<br>MM / DD / YYYY | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 271,000 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | | |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to<br>MM / DD / YYYY | Filing date | _____ | $_____ |
   | For prior year: | From _____ to<br>MM / DD / YYYY | _____<br>MM / DD / YYYY | _____ | $_____ |
   | For the year before that: | From _____ to<br>MM / DD / YYYY | _____<br>MM / DD / YYYY | _____ | $_____ |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None

| | | | |
|---|---|---|---|
| 3.1. | | | |
| _____ | _____ | $_____ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| _____ | _____ | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| _____ | | | ☐ Other _____ |
| City        State    ZIP Code | | | |
| 3.2. | | | |
| _____ | _____ | $_____ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| _____ | _____ | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| _____ | | | ☐ Other _____ |
| City        State    ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | | | |
|---|---|---|---|
| 4.1. | | | |
| to be determined | _____ | $_____ | _____ |
| Insider's name | | | |
| _____ | _____ | | _____ |
| Street | | | |
| _____ | | | _____ |
| City        State    ZIP Code | | | |
| 4.2. | | | |
| _____ | _____ | $_____ | _____ |
| Insider's name | | | |
| _____ | _____ | | _____ |
| Street | | | |
| _____ | | | _____ |
| City        State    ZIP Code | | | |

Case 2-19-20310-PRW,   Doc 1,   Filed 04/05/19   Entered 04/05/19 00:07:32,
Description: Main Document  , Page 22 of 34

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

5.1.

       $_____

Creditor's name

Street

City        State    ZIP Code

5.2.

       $_____

Creditor's name

Street

City        State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

       $_____

Creditor's name

Street

City        State    ZIP Code      Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

7.1.   Access Point v. F. M. Butt Hotels Corp.     foreclosure       ny supreme court        ■ Pending
                                             Name                         ☐ On appeal
                                             Street                       ☐ Concluded

                                             City          State       ZIP Code

7.2.   Amguard v. F.M. Butt Hotels Corp.     judgment       NY Court        ☐ Pending
                                             Name                         ☐ On appeal
                                             Street                       ■ Concluded

                                             City          State       ZIP Code

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

$ _____

Custodian's name

Street

City      State    ZIP Code

Name

Street

City      State      ZIP Code

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.   Recipient's name

Street

City      State    ZIP Code

$ _____

9.2.   Recipient's name

Street

City      State    ZIP Code

$ _____

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Insurance loss              0               2019    $ _____

burst water pipe

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1. James Joyce, Esq

4733 Transit Road
Street

Depew              NY        14043
City              State      ZIP Code

March 2019        $ 2200

11.2.

Street

City        State      ZIP Code

$_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

$_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None

13.1. _____    _____    _____    $_____

     _____
     Street

     _____

     _____
     City          State     ZIP Code

13.2. _____    _____    _____    $_____

     _____
     Street

     _____

     _____
     City          State     ZIP Code

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

14.1. _____                    From _____    To _____
     _____
     Street

     _____
     City          State     ZIP Code

14.2. _____                    From _____    To _____
     _____
     Street

     _____
     City          State     ZIP Code

---

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

15.1.
_____
Facility name

_____
Street

_____
City          State      ZIP Code

Check all that apply:
☐ Electronically
☐ Paper

15.2.
_____
Facility name

_____
Street

_____
City          State      ZIP Code

Check all that apply:
☐ Electronically
☐ Paper

---

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

_____   EIN: _____ – _____

Has the plan been terminated?

☐ No

☐ Yes

---

Case 2-19-20310-PRW,   Doc 1,   Filed 04/05/19   Entered 04/05/19 00:07:32,
Description: Main Document  , Page 27 of 34

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

18.1. _____    XXXX–__ __ __ __    ☐ Checking         _____  $_____
      Name                                            ☐ Savings
      _____                         ☐ Money market
      Street                                          ☐ Brokerage
      _____                         ☐ Other_____
      City        State    ZIP Code

18.2. _____    XXXX–__ __ __ __    ☐ Checking         _____  $_____
      Name                                            ☐ Savings
      _____                         ☐ Money market
      Street                                          ☐ Brokerage
      _____                         ☐ Other_____
      City        State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

      _____    _____    _____     ☐ No
      Name                                                                ☐ Yes
      _____    _____    _____
      Street
      _____    _____    _____
      City        State    ZIP Code                 _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

      _____    _____    _____     ☐ No
      Name                                                                ☐ Yes
      _____    _____    _____
      Street
      _____    _____    _____
      City        State    ZIP Code                 _____

Case 2-19-20310-PRW,    Doc 1,    Filed 04/05/19,    Entered 04/05/19 00:07:32,
Description: Main Document  , Page 28 of 34

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| | | | |
|---|---|---|---|
| | | | $ _____ |
| Name | | | |
| Street | | | |
| City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
☐ Yes. Provide details below.

| | | | |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City State ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Provide details below.

| | | | |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

Case 2-19-20310-PRW, Doc 1, Filed 04/05/19, Entered 04/05/19 00:07:32, Description: Main Document, Page 29 of 34

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| | | | |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

25.1.
Name

Street

City          State     ZIP Code

EIN: _____ – _____

From _____ To _____

25.2.
Name

Street

City          State     ZIP Code

EIN: _____ – _____

From _____ To _____

25.3.
Name

Street

City          State     ZIP Code

EIN: _____ – _____

From _____ To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

26a.1.  _____        From _____  To _____
        Name
        _____
        Street
        _____
        City                    State        ZIP Code

26a.2.  _____        From _____  To _____
        Name
        _____
        Street
        _____
        City                    State        ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26b.1.  _____        From _____  To _____
        Name
        _____
        Street
        _____
        City                    State        ZIP Code

26b.2.  _____        From _____  To _____
        Name
        _____
        Street
        _____
        City                    State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

26c.1.  _____
        Name
        _____
        Street
        _____
        City                    State        ZIP Code

26c.2.
_____            _____
Name

_____            _____
Street

_____

_____
City                              State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

26d.1.
_____
Name

_____
Street

_____

_____
City                              State        ZIP Code

26d.2.
_____
Name

_____
Street

_____

_____
City                              State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

                                                                    $_____

27.1.
_____
Name

_____
Street

_____

_____
City                              State        ZIP Code

27.2.

Name _____

Street _____

City _____  State _____  ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| | | | |
|---|---|---|---|
| Naeem W. Butt | 911 Brooks Ave | shareholder/President | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

| | | | From _____ To _____ |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

30.1.

Naeem W. Butt          24,000          daily          owner
Name

Street
911 Brooks Ave
Rochester          NY          14624
City              State      ZIP Code

owner

30.2
Name _____

Street _____

City _____ State _____ ZIP Code _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☑ No
    ☐ Yes. Identify below.

EIN: _____ – _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☑ No
    ☐ Yes. Identify below.

fund EIN: _____ – _____

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/04/2019
               _____
               MM  / DD  / YYYY

✖ /s/Naeem W. Butt
_____          Printed name  Naeem W. Butt
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes