**Fill in this information to identify the case:**

Debtor name ___F. M. Butt Hotels Corp___

United States Bankruptcy Court for the: ___Western___ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 On Deck 1400 Broadway, 26th Floor New York, NY 10018 | | loan | | 1.00 | 1.00 | 31,700.00 |
| 2 American Financial Center 14930 Ventura Blvd suite 320 Sherman Oaks, CA 91430 | | | | | | 28,400.00 |
| 3 Amguard Insurance PO Box 1368 Wilkes Barre, PA 18703 | | loan | | | | 22,000.00 |
| 4 World Global Capital LLC 30 Broad St Suite 14 New York, NY 10004 | | loan | | | | 9,900.00 |
| 5 Rochester Gas & Electric 89 East Ave. Rochester, NY 14649 | | service | | | | 1.00 |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Case 2-19-20310-PRW, Doc 1-1, Filed 04/05/19, Entered 04/05/19 00:07:32, Description: List of 20 Largest Creditors , Page 1 of 2

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Case 2-19-20310-PRW    Doc 1-1    Filed 04/05/19    Entered 04/05/19 00:07:32,
Description: List of 20 Largest Creditors , Page 2 of 2

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2