UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    F.M. BUTT HOTEL CORP.

                    Debtor.

CHAPTER 11

CASE NO. 19-20310

JUDGE PAUL R. WARREN

Hearing Date:

**ORDER TO SHOW CAUSE FOR**
**TEMPORARY RESTRAINING ORDER AND FILING BAR**

Upon reading the filed Declaration of Barry M. Kazan, dated January 13, 2020 (the "**Declaration**"), in support of Secured Creditor Access Point Financial, LLC's, formerly known as Access Point Financial, Inc. ("**Access Point**"), Order to Show Cause for a temporary restraining order and a filing bar; the exhibits thereto; the Memorandum of Law, dated January 13, 2020; and all of the prior proceedings heretofore had herein, and sufficient cause appearing therefore,

**LET** Debtor, **F.M. Butt Hotel Corp.** ("**Butt Hotel**"), and **Naeem Butt** ("**Mr. Butt**") show cause at _____ on the ____ date of _____, 2020, at ____ A.M./P.M., or as soon thereafter as counsel may be heard, why an Order should not be made: (i) reinstating the filing bar; and (ii) taking any other additional and further steps necessary to prevent the abuse of the bankruptcy system;

**ORDERED** that sufficient cause having been shown therefor, this proceeding is reopened pursuant to 11 U.S.C. § 350; and it is further

**ORDERED** that Butt Hotel and Mr. Butt are restrained and enjoined from filing a bankruptcy petition in any jurisdiction within the United States for 14 days or until further order of this Court; and it is further hereby; and it is further

**ORDERED** that in the event that Butt Hotel or Mr. Butt file a bankruptcy petition, the automatic stay pursuant to 11 U.S.C. § 363 of the Bankruptcy Code shall not apply to Access Point; and it is further

**ORDERED** that service of a copy of this Order, together with a copy of the papers upon which the same is granted, upon Butt Hotel and Mr. Butt by e-mail to naeemwbutt@hotmail.com and delivery by overnight courier to the addresses as follows:

> Naeem W. Butt
> F. M. Butt Hotel Corp.
> 911 Brooks Ave.
> Rochester, NY 14624

so as to be in hand on or before ___ o'clock in the ____noon of the ___ day of January, 2020, shall be deemed good and sufficient notice to Butt Hotel and Mr. Butt of this Order and application; and it is further hereby

**ORDERED** that Butt Hotel and Mr. Butt serve opposing papers, if any, on counsel for Access Point, Thompson Hine LLP, attn.: Barry M. Kazan, Esq. 335 Madison Avenue, 12th Floor, New York, New York 10017, so as to be received in hand on or before five o'clock in the afternoon of the __ day of _____, 2020; and it is further hereby

**ORDERED** that Access Point may serve reply papers, if any, on Butt Hotel and Mr. Butt so as to be in hand on or before five o'clock in the afternoon of the __ day of _____, 2019; and it is further hereby

**ORDERED** that counsel for Access Point, any counsel for Butt Hotel, and Mr. Butt are directed to appear on the return date set forth above.

DATED: _____
HON. PAUL R. WARREN
United States Bankruptcy Judge