UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    F.M. BUTT HOTEL CORP.

               Debtor.

CHAPTER 11

CASE NO. 19-20310

JUDGE PAUL R. WARREN

**ORDER BARRING DEBTOR FROM FILING FOR 180 DAYS**

---

      Access Point Financial, LLC ("Access Point") moved by Order to Show Cause to re-open these proceedings pursuant to 11 U.S.C. § 350, to temporarily restrain Debtor and Naeem Butt ("Mr. Butt") from filing a petition for bankruptcy in any jurisdiction within the United States for at least 14 days or until the Court resolved Access Point's application, and to reinstate and extend for an additional 180 days a filing bar previously imposed by this Court barring Debtor from filing any bankruptcy petition in any jurisdiction within the United States (the "Motion").

      The Court entered the Order to Show Cause on January __, 2020, re-opened these proceedings, and temporarily restrained Debtor and Mr. Butt from filing a petition for bankruptcy in any jurisdiction in the United States for 14 days.

      Now, the Court hereby finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) notice appropriate under the circumstances was provided to captioned Debtor and the office of the United States Trustee, and no further notice need be provided; (iii) all parties were given an opportunity to object to the relief requested by the Motion; and (iv) the Court determines, having duly considered the objections raised and the requirements of the Bankruptcy Code, and based upon the statements of counsel for Access Point

11518934.2

and the assertions in the Motion, just cause exists for the granting of the Motion as set forth herein;

    **IT IS, THEREFORE, ORDERED:**

    1.    Debtor is barred, in the exercise of the Court's discretion pursuant to 11 U.S.C. § 105(a), from filing a petition for bankruptcy in any jurisdiction within the United States for 180 days;

    2.    This Order is effective immediately, and the provisions of Fed. R. Bankr. P. 4001(a)(3) do not apply; and

    3.    The Court shall retain jurisdiction to resolve all matters arising in connection with this Order, including, but not limited to, any motion for any further extension of the filing bar brought by Access Point.

Dated: _____, 2020
       Rochester, New York

                              _____
                              HONORABLE PAUL R. WARREN
                              UNITED STATES BANKRUPTCY JUDGE